NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2010-1023

AMERICAN SIGNATURE, INC.,

Plaintiff-Appellant,

v.

UNITED STATES,

Defendant-Appellee,

and

AMERICAN FURNITURE MANUFACTURERS COMMITTEE FOR LEGAL TRADE
and VAUGHAN-BASSETT FURNITURE COMPANY, INC.,

Defendants-Appellees.

Appeal from the United States Court of International Trade
in case no. 09-CV-0400, Judge Leo M. Gordon.

ON MOTION

Before DYK, Circuit Judge.

ORDER

American Signature, Inc. (ASI) submits a motion for an injunction, pending disposition of its appeal challenging the denial of a motion for a preliminary injunction by the United States Court of International Trade.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) Any response to the motion is due no later than 2 p.m. on Friday, October 30, 2009. Any response should address, inter alia, whether the time period for reliquidation under 19 U.S.C. § 1501 may be extended, or is tolled, by court order or by waiver by ASI.

(2)     Liquidation of the entries not previously liquidated is temporarily enjoined, pending disposition of the motion for an injunction.

(3)     Reliquidation of the entries scheduled for reliquidation is temporarily enjoined, pending disposition of the motion for an injunction, provided that this temporary injunction shall expire at noon tomorrow unless ASI by that time files a waiver of the time period in 19 U.S.C. § 1501 for the period that the injunction remains in effect.

FOR THE COURT

**OCT 28 2009**
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc:    Jeffrey S. Grimson, Esq.
       Stephen Carl Tosini, Esq.
       Joseph W. Dorn, Esq.

s8

**FILED**
**U.S. COURT OF APPEALS FOR**
**THE FEDERAL CIRCUIT**

**OCT 28 2009**

**JAN HORBALY**
**CLERK**

2010-1023                                    - 2 -